**Exhibit 1** To The Declaration of Michael L. Reel in Support of His Petition for De Novo Judicial Review

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF BENTON

IN THE MATTER OF:

RESTORATION OF FIREARMS RIGHTS OF MICHAEL LLOYD REEL,

Petitioner.

v.

BENTON COUNTY SHERIFF,

Respondent.

Case Number: 24CV20800

GENERAL JUDGMENT GRANTING RELIEF FROM PROHIBITION AGAINST POSSESSING OR PURCHASING FIREARMS, ORS 166.274

THIS MATTER having come before the Court on the petition of Michael Reel, through counsel, for relief from prohibition against purchasing or possessing firearms, pursuant to ORS 166.274, and the Court being fully advised in the premises now hereby finds that Petitioner has adequately set forth clear and convincing evidence to indicate Petitioner does not pose a threat to the safety of the public or the petitioner.

NOW THEREFORE IT IS HEREBY ADJUDGED, ORDERED, AND DECREED:
1. The petition is granted;
2. Petitioner may own, possess, and purchase firearms;
3. Petitioner shall deliver a fingerprint card to the Department of State Police and pay any reasonable fee charged by the Department of State Police;
4. The clerk of the court shall cause to be transmitted a certified copy of this signed judgment to the Department of State Police; and
5. The Department of State Police shall enter and maintain a copy of the Court's order and Petitioner's fingerprints as provided under ORS 166.274 and as otherwise provided by law. Oregon State Police shall confirm to the Clerk of the Court in writing entry of this order into the Department of State Police computerized criminal history files, and will further confirm compliance to Petitioner and/or their attorney, upon request.

5/28/2024 4:22:42 PM

_____
Circuit Court Judge Matthew J. Donohue

Submitted by: Jesse Lohrke
OSB # 114423

GENERAL JUDGMENT GRANTING RELIEF FROM PROHIBITION AGAINST POSSESSING OR PURCHASING FIREARMS, ORS 166.274

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF BENTON

IN THE MATTER OF:

RESTORATION OF FIREARMS RIGHTS OF MICHAEL LLOYD REEL,

Petitioner.

v.

BENTON COUNTY SHERIFF,

Respondent.

Case Number: 24CV20800

CERTIFICATE OF READINESS

I certify this proposed judgment or order is ready for judicial signature because (check all that apply):

[ ] Each opposing party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

[ ] Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or by written confirmation of approval sent to me.

[X] I have served a copy of this order or judgment on all parties entitled to service and:
    [X] No objection has been served on me.
    [ ] I received objections that I could not resolve with the opposing party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.
    [ ] After conferring about objections, [role and name of opposing party] agreed to independently file any remaining objection.
    [ ] The relief sought is against an opposing party who has been found in default.

[ ] An order of default is being requested with this proposed judgment.

[ ] Service is not required pursuant to subsection (3) of UTC 5.1000, or by statute, rule, or otherwise.

DATED: April 25, 2024.

/s/Matthew Appelbaum

Matthew Appelbaum
On Behalf of Jesse Lohrke
OSB # 114423
Attorney for Petitioner