**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**MICHAEL J. JETER, OSB #165413**
Assistant United States Attorney
Michael.Jeter@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: 503.727.1000
        Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL LLOYD REEL, et al.,** | Case No.: 6:25-cv-00342-AA |
| Petitioners, | |
| v. | **RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE COMBINED CROSS-MOTION AND RESPONSE TO PETITIONERS' MOTION FOR SUMMARY JUDGMENT DEADLINE** |
| **UNITED STATES DEPARTMENT OF JUSTICE, et al.,** | |
| Respondents. | |

Page 1    Respondents' Unopposed Motion for Extension of Time to File
        Combined Cross-Motion and Response to Petitioners' Motion for
        Summary Judgment Deadline

## CERTIFICATE OF COMPLIANCE WITH LR 7-1

Counsel for Respondents conferred with counsel for Petitioners on the relief sought in this motion and they do not oppose.

## MOTION

Petitioners filed their Motion for Summary Judgment on August 20, 2025. ECF 23. The Court granted a joint request to extend Respondents' combined cross-motion and response deadline to December 18, 2025. See ECF 25, 26. Respondents now respectfully request a 60-day extension from December 18, 2025, to February 16, 2026, to file their combined cross-motion and response. There is good cause to grant this request.

The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") approved Petitioner Michael Lloyd Reel's Type 01 Federal Firearms Dealer's License ("FFL") that is the subject matter of this lawsuit. The parties are currently exploring resolution of this action without further Court involvement. Additionally, undersigned counsel for Respondents was recently assigned to this action and an extension will grant counsel time to review the legal issues raised in Petitioner's dispositive motion. This request for relief is made in good faith and not for purposes of delay.

Respectfully submitted this 17th day of December 2025.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Michael J. Jeter*
MICHAEL J. JETER
Assistant United States Attorney
Attorneys for Respondents

Page 3       Respondents' Unopposed Motion for Extension of Time to File
            Combined Cross-Motion and Response to Petitioners' Motion for
            Summary Judgment Deadline