Leonard W. Williamson, OSB #910020
LEONARD WARREN WILLIAMSON P.C.
1900 Hines Street SE, Suite 211
Salem, Oregon 97302
(503) 365-8800
l.williamson@williamsonlawpc.com

Attorney for Petitioners

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| MICHAEL LLOYD REEL, et al.,<br><br>            Petitioners,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>            Respondents. | Case No. 25-cv-00342-AA<br><br>**JOINT STIPULATION OF DISMISSAL** |

## LR 7-1 CERTIFICATE

The parties made a good faith effort and have resolved the pending dispute.

## JOINT MOTION TO DISMISS

In accordance with LR 41-1(a) Notice of Settlment and Fed. R. Civ. P. (a)(1)(A)(ii), Petitioners and Respondents stipulate that this action be dismissed with prejudice as the partes have jointly reach a resolution of this case.

Petitioners has been issued Type 01 Federal Firearms Dealer's License ("FFL") his business South Valley Firearms LLC by the Bureau of Alcohol, Tobacco, Firearms and Explosives' ("ATF"). The Federal Burou of Investigation ("FBI") as removed the NICS Indices entries related to Petitioner, Michael Reel.

Each party shall bear its own costs, expenses, and attorney's fees incurred in this case. Respectfully submitted this 17th day of February 2026..

Dated: February 17, 2026

/s/ *Leonard W. Williamson*
Leonard W. Williamson
Oregon State Bar No. 910020
1900 Hines Street SE, Suite 211
Salem, Oregon 97302
(503) 365-8800
l.williamson@williamsonlawpc.com
Attorney for Petitioners

MICHAEL JETER
Digitally signed by MICHAEL JETER
Date: 2026.02.15 09:50:15 -08'00'

Michael J. Jeter
Assistant United States Attorney
Attorneys for Respondents